# Exhibit A.

  

Guaranteed safe & secure checkout

Introducing the Colsen Rectangular Tabletop Fire Pit: A fusion of elegance and warmth, reinventing the ambiance of any space. Meticulously crafted with modern design, it transforms your living space into a captivating retreat.

- 🔥 **Elevate Your Ambiance**: Colsen Fire Pits seamlessly integrate into any decor, offering an instant upgrade without extensive renovations.

- 🔥 **Sleek Modern Design**: Enhance any space with our versatile fire pits, seamlessly blending indoor and outdoor settings for cozy gatherings or quiet evenings.

- 🔥 **Built to Last**: Eliminate steel inserts and discover the durability of our innovative fire pits, crafted with a proprietary concrete blend that revolutionizes tabletop designs, ensuring long-lasting quality

- 🔥 **Perfect For Any Setting**: Experience unmatched versatility as our fire pits seamlessly transition between indoor and outdoor spaces, enhancing ambiance in any environment.

- 🔥 **Smokeless & Odorless**: Choose Colsen Fire Pits for a smokeless, odorless experience, with clean-burning fuels for a captivating ambiance.

- 🔥 **Easy & Safe to Use**: At Colsen Fire Pits, safety and simplicity are paramount, ensuring a worry-free experience. Engineered for user well-being, they offer hassle-free warmth, ideal for any outdoor gathering.

| Material | Concrete |
|---|---|
| Product Dimensions | 4"D x 18"W x 4"H |
| Style | Modern |

# Exhibit B.

The Wayback Machine - https://web.archive.org/web/20230329063951/https://colsenfirepits.com/

Free Shipping   ·   Customize your firepit **NEW**   ·   NewSALE   ·



CUSTOM MADE   FIRE PITS   ACCESSORIES

# Relax. Stay Warm. Chill.

#1 Indoor Fire Pit

Shop Now

# Enjoyed by over 80,000 people since 2019

 Free US Shipping

 Lightweight & Portable Indoor & Outdoor Fire Pits

 Proudly Made in the USA

## Shop Our Best Sellers



Buy with **prime**

Rectangular - Colsen Fire Pit

Buy with **prime**

Colsen Indoor / Outdoor Tabletop Fire Pit – Round

ON SALE

From $39.96 $99.99    Save $60.03

Colsen Indoor / Outdoor Tabletop Fire Pit – Rectangular

ON SALE

From $74.96 $199.99    Save $125.03



Colsen Indoor / Outdoor Tabletop Fire Pit – Hex Large

ON SALE

$69.96 ~~$99.99~~   **Save $30.03**

Colsen Indoor / Outdoor Tabletop Fire Pit – Square

ON SALE

$49.96 ~~$99.99~~   **Save $50.03**

SHOP ALL

# Safe and Easy to use



### Child Approved

Safe around anyone (adults & children). Follow our guidelines for 100% safety.



### Smokeless & Odorless

Produces barely any smoke and Zero odor



### Easy to Light & Extinguish

Easy to light with Isopropyl alcohol and a kitchen lighter and easy to extinguish.



### High Quality

Made in the USA from high-quality, high temperature resistant concrete. Materials allow for our products to last forever!

# How it works



Attempts to archive this video failed.

**Shop Now**

# Colsen



**100%**

We are confident you will be fully satisfied with your purchase, but if for any reason

# Money Back Guarantee

you are not we offer a 100% 30 day money back guarantee.

Shop Now

## Buy with Prime products

Get your favorite products with fast, free delivery through Buy with Prime

Shop Now

SUPPORT    INFORMATION    OUR PRODUCTS    Contact us!

TERMS OF
SERVICE

PRIVACY
POLICY

RETURNS &
EXCHANGES

CONTACT US

VIDEO

RECTANGULAR
FIRE PIT

VIDEO

ROUND FIRE
PIT

Refund policy

Your Privacy
Rights

ALCOHOL AS FUEL

HOW TO USE

INSTRUCTION CARD

WHOLESALE

BIO-ETHANOL SDS

CUSTOM MADE
FIRE PITS

ACCESSORIES

✉ info@colsenfirepits.com

—

© Copyright 2023 Colsen Fire Pit
Powered by Shopify

Exhibit C.

The Wayback Machine - https://web.archive.org/web/20230526210854/https://colsenfirepits.com/

Free Shipping   •   Customize your firepit **NEW**   •   NewSALE   •   Free Shipping   •   Customize your firepit **NEW**   •   NewSALE   •   Free Shipping   •   Customize your firepit **NEW**   •   NewSALE

CUSTOM MADE   FIRE PITS   ACCESSORIES



# Relax. Stay Warm. Chill.

#1 Indoor Fire Pit

Shop Now

Enjoyed by over 80,000 people since 2019



**Free US Shipping**



**Lightweight & Portable Indoor & Outdoor Fire Pits**

# Shop Our Best Sellers



Colsen Indoor / Outdoor Tabletop Fire Pit – Round

From $39.96 $99.99   Save $60.03

ON SALE



Colsen Indoor / Outdoor Tabletop Fire Pit – Rectangular

From $119.96 $199.99   Save $80.03

ON SALE



Colsen Indoor / Outdoor Tabletop Fire Pit – Hex Large

$69.96 $99.99   Save $30.03

ON SALE

Colsen Indoor / Outdoor Tabletop Fire Pit – Square

$49.96 $99.99   Save $50.03

ON SALE

SHOP ALL

# Safe and Easy to use



### Child Approved

Safe around anyone (adults & children). Follow our guidelines for 100% safety.



### Smokeless & Odorless

Produces barely any smoke and Zero odor



### Easy to Light & Extinguish

Easy to light with Isopropyl alcohol and a kitchen lighter and easy to extinguish.



### High Quality

Made in the USA from high-quality, high temperature resistant concrete. Materials allow for our products to last forever!

# How it works



Shop Now




### Give a Gift of Fire

What could be better than gifting a personalized fire pit to be enjoyed throughout the home (inside and outside), bringing a warm and cozy ambience?

**Buy as a Gift**

## As Seen On






INTERNATIONAL BUSINESS TIMES   yahoo!life   NBC NEWS   Better Homes & Gardens   NEW YORK LIFESTYLES MAGAZINE   The Washington Post   HouseBeautiful

Colsen
100%

# Money Back Guarantee

We are confident you will be fully satisfied with your purchase, but if for any reason you are not we offer a 100% 30 day money back guarantee.

**Shop Now**

## Buy with Prime products

Get your favorite products with fast, free delivery through Buy with Prime

Shop Now

| SUPPORT | | INFORMATION | OUR PRODUCTS | Contact us! |
|---|---|---|---|---|
| TERMS OF SERVICE | FIRE PIT | ALCOHOL AS FUEL | CUSTOM MADE | ✉ info@colsenfirepits.com |
| PRIVACY POLICY | VIDEO ROUND FIRE | HOW TO USE | FIRE PITS | |
| RETURNS & | PIT | INSTRUCTION CARD | ACCESSORIES | |
| EXCHANGES | Refund policy | WHOLESALE | | |
| CONTACT US | Your Privacy Rights | BIO-ETHANOL SDS | | |
| VIDEO RECTANGULAR | | | | |

© Copyright 2023 Colsen Fire Pit
Powered by Shopify

United States (USD $)

# Exhibit D.

The Wayback Machine - https://web.archive.org/web/20230322190751/https://colsenfirepits.com/pages/alcohol-as-a-fuel-source-v02

CUSTOM MADE   FIRE PITS   ACCESSORIES

# Alcohol as a Fuel Source



Pure forms of alcohol, such as denatured alcohol, may be used indoors with adequate ventilation. However, some forms may be toxic and need more ventilation due to toxins produced from combustion. The following forms of alcohol are good candidates for use as a fuel source.

Isopropyl alcohol (rubbing alcohol) is an acceptable cooking fuel. It may be purchased in 70 percent, 91 percent, and 99 percent strengths. The higher the percentage of alcohol, the better the alcohol will burn. Isopropyl alcohol produces a yellow flame and does not burn as cleanly denatured alcohol or ethanol.

Denatured alcohol is often recommended by manufacturers of alcohol stoves. It can be purchased online or in hardware stores in the paint section.

Ethanol or ethyl is about 95 percent alcohol and is a fantastic fuel for burning indoors. It burns so cleanly that the flame is blue or nearly invisible.

Remember that any flame can produce carbon monoxide. Although alcohol is one of the safest fuels to burn indoors, proper ventilation is required to ensure adequate oxygen is available for complete combustion to prevent carbon monoxide from building up. Be sure to keep a working carbon monoxide detector with a digital readout nearby when burning anything!

Alcohol is a great storage fuel and has an indefinite shelf life if stored in a tightly sealed container. Alcohol will evaporate quickly if left open and lose potency. Alcohol has a low flash point, which means that it catches on fire very quickly. Alcohol burns about half as hot as some other fuels but is a great choice for cooking indoors. It is extremely flammable, but not explosive.

 Source: theprovidentprepper.org

—

SUPPORT

INFORMATION

OUR PRODUCTS

Contact us!

TERMS OF SERVICE

PRIVACY POLICY

RETURNS &
EXCHANGES

CONTACT US

VIDEO RECTANGULAR

FIRE PIT

VIDEO ROUND FIRE
PIT

Refund policy

Your Privacy Rights

ALCOHOL AS FUEL

HOW TO USE

INSTRUCTION CARD

WHOLESALE

BIO-ETHANOL SDS

CUSTOM MADE

FIRE PITS

ACCESSORIES

✉ info@colsenfirepits.com

—

© Copyright 2023 Colsen Fire Pit
Powered by Shopify

United States (USD $)

Exhibit E.



United States
**CONSUMER PRODUCT
SAFETY COMMISSION**

# CPSC Requires Lifesaving Flame Mitigation Devices on Gas Cans and Other Portable Fuel Containers

**Release Date: January 17, 2023**

WASHINGTON, D.C. –The U.S. Consumer Product Safety Commission (CPSC) is making gas cans and other fuel containers safer by requiring flame mitigation devices. The new mandatory safety standard will go into effect in July 2023. Congress required the agency to put rules into place to protect consumers under the Portable Fuel Container Safety Act (PFCSA) of 2020.

Each year, thousands of people go to emergency departments with burn injuries related to flammable liquids. Many burn incidents involve liquid fuel used on a backyard fire pit, a campfire, a bonfire or burning trash. Vapors from these liquids are invisible and dangerous.

Flame mitigation devices, such as flame arrestors, protect against flame jetting and container rupturing. Flame jetting is a phenomenon where an external ignition source – such as an open flame – causes a sudden ignition of fuel within a container and forcefully expels burning vapor and liquid from the mouth of the container, resulting in

a blowtorch-like effect. Container rupturing is like flame jetting, except the burning vapor and liquid are expelled through a rupture in the container.

Flame mitigation devices will be required on new gas cans and other containers that are sold empty, such as for kerosene and diesel, and on new containers that are sold pre-filled with fuels such as charcoal lighter fluid, liquid fireplace fuels and pre-mixed gasoline and engine fuel. Most fuel containers already have the safety device.

By a 4-0 vote, the CPSC made mandatory three existing voluntary standards:

- ASTM F3326-21, *Standard Specification for Flame Mitigation Devices on Portable Fuel Containers;*
- ANSI/CAN/UL/ULC 30:2022, *Standard for Safety Metallic and Nonmetallic Safety Cans for Flammable and Combustible Liquids and;*
- ASTM F3429/F3429M-20, *Standard Specification for Performance of Flame Mitigation Devices Installed in Disposable and Pre-Filled Flammable Liquid Containers.*

In December 2022, the Commission also voted to update [child resistance requirements for closures on portable gas cans](), and diesel and kerosene containers. These requirements became effective on December 22, 2022. The revisions update the existing standard to reflect current gasoline container designs, remove ambiguities in the child test requirements, and create an adult test that reflects usage patterns. The revisions also apply requirements to aftermarket products such as pour spouts.

**Release Number**

**23-092**

**About the U.S. CPSC**

The U.S. Consumer Product Safety Commission (CPSC) is charged with protecting the public from unreasonable risk of injury or death associated with the use of thousands of types of consumer products. Deaths, injuries, and property damage from consumer product-related incidents cost the nation more than $1 trillion annually. CPSC's work to ensure the safety of consumer products has contributed to a decline in the rate of injuries associated with consumer products over the past 50 years.

Federal law prohibits any person from selling products subject to a Commission ordered recall or a voluntary recall undertaken in consultation with the CPSC.

**For lifesaving information:**

- Visit CPSC.gov.
- Sign up to receive our e-mail alerts.
- Follow us on Facebook, Instagram @USCPSC and Twitter @USCPSC.
- Report a dangerous product or a product-related injury on www.SaferProducts.gov.
- Call CPSC's Hotline at 800-638-2772 (TTY 301-595-7054).
- Contact a media specialist.

| Media Contact | Please use the below phone number for all media requests.<br><br>**Phone: (301) 504-7908**<br><br>**Spanish: (301) 504-7800**<br><br>View CPSC contacts for specific areas of expertise |
|---|---|

# Exhibit F.

Information update

# Health Canada warns Canadians of health and safety risks of certain containers of pourable alcohol-based fuels and certain firepots that use pourable fuels

| | |
|---|---|
| **Starting date:** | October 9, 2019 |
| **Type of communication:** | Information Update |
| **Subcategory:** | Household Items, Outdoor Living |
| **Source of recall:** | Health Canada |
| **Issue:** | Product Safety, Fire Hazard, Flammability Hazard, Important Safety Information, Improper Safety Mechanisms |
| **Audience:** | General Public |
| **Identification number:** | RA-71249 |

Last updated: 2019-10-09

- [Media enquiries](#)   - [Public enquiries](#)

# Issue

Health Canada is informing consumers of the serious fire and burn risks associated with flame jetting occurrences that may result from the use of certain containers of pourable alcohol-based fuels and certain firepots that use those fuels. These products should not be used in the absence of important safety features, such as those outlined below.

Firepots (also referred to as fireburners, portable fireplaces, firebowls, patio burners, flamepots, firelights or table top fire pits) are portable, decorative lighting accents that support open flame burning. Firepots may be marketed for indoor and/or outdoor use. They are generally made of a ceramic or other heat-resistant material, have an open fuel reservoir that holds the alcohol-based fuel, and may also include a snuff tool to extinguish the flame.

Based on incident reports received by Health Canada, flame jetting may occur when refuelling a lit firepot, which can result in burn injuries ranging from minor to fatal. A flame jetting incident occurs very quickly when fuel is poured into a firepot that is still burning or hot. The flame or hot firepot

ignites the fuel vapours around the pouring fuel stream and the flame then travels up the fuel stream and into the fuel container. This can result in a burst of flaming fuel being violently expelled out of the container onto the user and nearby people or objects.

A flame jetting occurrence is unexpected and occurs in a fraction of a second, making it impossible for the user and/or bystanders to react quickly enough to move away from a flame jet. Flame jetting incidents often involve multiple victims and, in Canada, have resulted in fatalities and very serious injuries.

# What you should do

Never pour fuel over a flame. Some fuels will burn in a way that flames may be difficult to see, especially when a low amount of fuel is left in the firepot.

Be certain that the flame is out by using a snuffer or similar tool to extinguish the flame.

Be certain that the firepot has cooled completely before refuelling.

Do not use pourable fuel containers without a flame arrestor. A flame arrestor resembles a screen that is built into the container opening. It allows liquid to flow out and reduces the chance that a flame can travel into the container and cause a flame jetting occurrence.

Non-refillable fuel canisters are a safer alternative to pourable fuels.

Other safety considerations for firepots and pourable fuels:

- Use firepots on level ground or on a stable, level surface, at a safe distance from people and flammable items.
- Keep pourable fuels tightly capped when not refuelling and away from any flames or other objects that can create a spark.

## What Health Canada is doing

Health Canada has distributed a Notice to Stakeholders informing them of Health Canada's determination that certain containers of pourable alcohol-based fuels and certain firepots that use pourable fuels pose a danger to human health or safety under the _Canada Consumer Product Safety Act_. Consequently, Health Canada is asking that industry stop selling these products of concern.

Health Canada has been collaborating with the United States Consumer Product Safety Commission and other stakeholders in the development of two ASTM International safety standards to address the flame jetting hazard. A safety standard related to firepots was published in February 2019 (ASTM F3363–19, Standard Specification for Unvented Liquid/Gel Fuel-Burning Portable Devices). Another safety standard related to flame

mitigation devices (flame arrestors) on disposable fuel containers is currently being developed (ASTM WK60590 – <u>New Specification for Flame Mitigation Devices on Disposable Fuel Containers</u>).

# Report health and safety concerns

Consumers should check the Government of Canada's Recalls and Safety Alerts website regularly for any <u>recalled products</u> and to <u>report any consumer product-related health or safety concerns</u>.

# For more information

<u>Portable fireplaces, firepots and pourable fuels</u>

# Media enquiries

Health Canada

(613) 957-2983

# Public enquiries

(613) 957-2991

1-866 225-0709

**Date modified:**

2019-10-09

# Exhibit G.

Public advisory

# Health Canada warns against using rubbing alcohol products to fuel firepots – this can result in serious burn injuries

**Last updated:** 2023-12-21

# Summary

**Product:** Portable firepots, also known as firebowls, flamepots, or tabletop firepits, are decorative lighting accents that support an open flame by burning liquid or gel fuels.

**Issue:** Consumer products - Burn hazard

Consumer products - Fire hazard

Consumer products - Flammability hazard

Consumer products - Injury hazard

**What to do:**  Never fuel firepots with rubbing alcohol or other flammable liquids from a container that does not have a flame arrestor to help prevent the spread of flames.

# Issue

Certain firepot manufacturers recommend the use of rubbing alcohol products as a fuel for firepots, which has led to two incidents of severe burn injuries in Canada.

Health Canada is warning people not to fuel firepots with rubbing alcohol products (i.e., solutions of isopropyl alcohol or ethanol), even if instructions suggest it. This is a dangerous practice that can lead to serious fire and burn risks.

Rubbing alcohol products are typically sold for antiseptic purposes and are not intended to be used with firepots. It is dangerous to use rubbing alcohol products as a fuel source for firepots because rubbing alcohol containers typically do not have a flame arrestor. Other containers of flammable liquids without a flame arrestor should also never be used for fueling a firepot. A flame arrestor looks like a screen that is built into the container opening and is a device that lowers the chances of flame jetting.

Flame jetting is when a fireball bursts from a container of fuel which can cause serious injuries, even death. This happens very quickly when a flammable liquid, from a container without a flame arrestor, is poured into a firepot that is still burning or hot. The flame can travel up the stream of the fuel and into the container. This can lead to a burst of flaming fuel jetting out of the container. The resulting flame jet poses a serious fire and burn risk to the user and anyone nearby. Health Canada advises consumers to only use a fuel container with a flame arrestor or to choose a non-refillable gel fuel canister as a safer alternative for fueling firepots.

# What you should do

- If using a portable firepot that requires liquid fuel to refuel:
  - Do not use rubbing alcohol, or any other flammable liquid in a container that does not have a flame arrestor. A flame arrestor looks like a screen that is built into the container opening. (see photo below for examples)

    

- Other safety tips for portable firepots:

- Never pour a flammable liquid over a flame. Alcohol-based liquids will burn in a way that makes flames difficult to see, especially when a low amount of the liquid is left in the firepot.
- Use a snuffer, or something similar, to be sure the fire is out. Make sure the firepot has cooled before refueling.
- Use firepots on level ground or on a stable, level surface at a safe distance from people and flammable items.
- Keep pourable fuels tightly capped when not refuelling and away from flames or other objects that can create a spark.
- Non-refillable gel fuel canisters are a safer alternative to pourable fuels.

# Related links

- Alert: Health Canada warns Canadians of health and safety risks of certain containers of pourable alcohol-based fuels and certain firepots that use pourable fuels
- Portable fireplaces, firepots, fondue pots and pourable fuels safety: the risk of flame jetting

# Additional information

▶ What is being done

▶ Details

▶ Media and public enquiries

# Get notified

Receive notifications for new and updated recalls and alerts by category.

**Date modified:**

2023-12-21

Exhibit H.

# Alcohol as a Fuel Source

Free Shipping On Orders of $49+ **|** Bundle & Save $5 on F...

Contact Us ✉

  0



Pure forms of alcohol, such as denatured alcohol, may be used indoors with adequate ventilation. However, some forms may be toxic and need more ventilation due to toxins produced from combustion. The following forms of alcohol are good candidates for use as a fuel source.

**Isopropyl alcohol (rubbing alcohol)** is an acceptable cooking fuel. It may be purchased in 70 percent, 91 percent. The higher the percentage of alcohol, the better the alcohol will burn. Isopropyl alcohol produces a yellow flame and does not burn as cleanly denatured alcohol or ethanol.

**Denatured alcohol** is often recommended by manufacturers of alcohol stoves. It can be purchased online or in hardware stores in the paint section.

**Ethanol or ethyl** is about 95 percent alcohol and is a fantastic fuel for burning indoors. It burns so cleanly that the flame is blue or nearly invisible.

Remember that any flame can produce carbon monoxide. Although alcohol is one of the safest fuels to burn indoors, proper ventilation is required to ensure adequate oxygen is available for complete combustion to prevent carbon monoxide from building up. Be sure to keep a working carbon monoxide detector with a digital readout nearby when burning anything!

Alcohol is a great storage fuel and has an indefinite shelf life if stored in a tightly sealed container. Alcohol will evaporate quickly if left open and lose potency. Alcohol has a low flash point, which means that it catches on fire very quickly. Alcohol burns about half as hot as some other fuels but is a great choice for cooking indoors. It is extremely flammable, but not explosive.

 *Source: theprovidentprepper.org*

Quick Links

About Us

Terms of Service

Privacy Policy

Returns & Exchanges

Contact Us

Rectangular Fire Pit Video

Round Fire Pit Video

Refund policy

Your Privacy Rights

## Quick Links

Alcohol As Fuel

How to Use

Instruction Card

Wholesale

Bio-Ethanol SDS

## Sign up and receive exclusive discounts!

First Name

Your email

☑ Email me with news and offers

✉ **Subscribe**

## Contact Us

✉ info@colsenfirepits.com



Copyright © 2024 Colsen Fire Pit

United States (USD $)

# Exhibit I.

The Wayback Machine - https://web.archive.org/web/20230322190751/https://colsenfirepits.com/pages/instructions-translated



CUSTOM MADE   FIRE PITS   ACCESSORIES

# User Instructions

## English





## Spanish





## Hogueras COLSEN
Ambiente instantaneo de fogata real

- ALCOHOL ISOPROPÍLICO
- COMBUSTIÓN SEGURA
- SUPERFICIE HORIZONTAL
- ENCENDEDOR CON MANGO LARGO
- 40 MINUTOS DE COMBUSTIÓN
- MALVADISCOS ASADOS
- LIMPIE DERRAMES
- RELLENE HASTA UNA PULGADA DEL TOPE
- COMBUSTIÓN LIMPIA
- INOLORA
- NO SOPLE PARA APAGAR
- NO RELLENE DURANTE COMBUSTIÓN

### ¡PREPARE DELICIOSOS MALVADISCOS ASADOS CON LAS HOGUERAS COLSEN!

### TODO LO RELACIONADO A FUEGO DEBE VENIR CON INSTRUCCIONES. ESTAS SON LAS NUESTRAS.

NUESTRAS HOGUERAS COLSEN SON SEGURAS TANTO EN INTERIOR COMO EN EXTERIOR ● EL ALCOHOL ISOPROPÍLICO ES UN COMBUSTIBLE LIMPIO QUE NO DEJA MANCHAS DE HOLLÍN EN EL TECHO ● CON LA ADECUADA VENTILACIÓN, TAMPOCO HABRÁ EMISIONES DE MONÓXIDO DE CARBONO ● CREE EL AMBIENTE PERFECTO DE FOGATA, EN CUALQUIER LUGAR Y EN CUALQUIER MOMENTO ● DISFRUTE CERCA DE 40 MINUTOS DE FUEGO REAL ● ACCESORIO PERFECTO Y SEGURO PARA ASAR MALVADISCOS O COMO COMPLEMENTO DE SU TABLA DE QUESOS ● UTILICE ALCOHOL ISOPROPÍLICO AL 70% O 91% ● AÑADA ACEITES ESENCIALES POR ENCIMA (NO HACIA ADENTRO DEL RESERVORIO) PARA CREAR UN AMBIENTE PLÁCIDO ● AÑADA ACEITE DE CITRONELA PARA AHUYENTAR PLAGAS E INSECTOS, MEZCLÁNDOLO CON EL ALCOHOL ISOPROPÍLICO A LA MITAD

### ESCOJA DE UNO DE NUESTROS 7 MODELOS



- RECTANGULAR
- REDONDO
- CRÁNEO
- CUADRADO
- HEXAGONAL GRANDE
- HEXAGONAL PEQUEÑO
- HEXAGONAL TESLA

### ENCENDAMOS UN FUEGO QUE RECONFORTE NUESTROS CORAZONES REAVIVE NUESTROS SUEÑOS Y ENCIENDA NUESTRA PASIÓN



### ADVERTENCIAS

La seguridad es prioritaria durante la utilización de la hoguera.

Recuerde que el combustible de las hogueras es inflamable y extremadamente peligroso si no se respetan las instrucciones de seguridad. Por favor, léalas antes de manipular el producto.

- La hoguera debe utilizarse estrictamente sobre una superficie horizontal y plana.
- Utilice alcohol isopropílico al 70% o 91% como combustible. Nunca rellene el reservorio por encima de menos de 1 pulgada del tope.
- Las llamas siguen al combustible: limpie cualquier salpicadura de combustible con una toalla o paño seco antes de encender.

### ADVERTENCIAS

- Utilice un encendedor de mango largo.
- Nunca rellene, mueva o toque la hoguera mientras esté encendida o aún caliente.
- Cubra para apagar el fuego. No intente soplar.
- Si salpica combustible encendido, sofoque el fuego o utilice un extintor.
- La hoguera nunca debe ser manipulada por menores.
- Nunca deje la hoguera sin supervisión.

### ADVERTENCIAS

- Mantenga niños y mascotas a una distancia prudente y bajo supervisión adulta.
- Mantenga objetos inflamables a al menos 1 metro de distancia de la hoguera, encendida o apagada pero aún caliente.
- No utilice la hoguera por más de 90 minutos continuos sin dejar reposar.
- El combustible debe ser resguardado en un lugar fresco y seco, a al menos 2 metros de distancia de la hoguera.
- Siempre verifique que las botellas de combustible estén selladas y fuera del alcance de los niños.

### ADVERTENCIAS

- Nunca abra las botellas de combustible cerca de las llamas.
- Nunca deje combustible sin consumir dentro del reservorio, que debe quedar completamente vacío después de cada utilización.

Descontinúe el uso del producto de forma inmediata si llegase a constatar fisuras en el producto o llamas en su exterior, y contacte para obtener un repuesto. Ni Gusar LLC ni los revendedores autorizados serán responsable de los daños o lesiones causados por el uso de la hoguera. Gusartrading@gmail.com



**Colsen** FIRE PIT

- www.colsenfirepits.com
- Encuéntrenos en Amazon
- Colsen FIRE PIT
- @ColsenFirePit

---

# French







## Foyers COLSEN
Ambiance instantanée d'un vrai feu

- ALCOOL DÉNATURÉ
- COMBUSTION SÉCURISÉE
- SURFACE HORIZONTALE
- BRIQUET À LONGUE POIGNÉE
- 40 MINUTES DE COMBUSTION
- GUIMAUVES GRILLÉES
- NETTOYEZ LES DÉVERSEMENTS
- REMPLISSEZ JUSQU'À 1" DU HAUT
- COMBUSTION PROPRE
- SANS ODEUR
- NE PAS ÉTEINDRE EN SOUFFLANT
- ÉTEINDRE AVANT DE REMPLIR

### GRILLEZ DES DÉLICIEUSES GUIMAUVES AVEC LES FOYERS COLSEN!

### S'IL Y A DU FEU, IL FAUT REGARDER LES CONSIGNES. VOICI LES NÔTRES.

NOS FOYERS COLSEN SONT SÉCURISÉS, EN INTÉRIEUR COMME EN EXTÉRIEUR ● L'ALCOOL ISOPROPYLIQUE BRÛLE PROPREMENT ET NE FERA PAS DES TÂCHES DE SUIE SUR VOTRE PLAFOND ● SOUS VENTILATION ADÉQUATE, AUCUN MONOXYDE DE CARBONE NE SERA ÉMIS ● CRÉEZ UNE AMBIANCE PARFAITE AU FEU, N'IMPORTE QUAND ET N'IMPORTE OÙ ● EXPÉRIMENTEZ ENVIRON 40 MINUTES DE FEU RÉEL ● ACCESSOIRE ADAPTÉ POUR GRILLER DES GUIMAUVES, POUR VOTRE PLATEAU À FROMAGES ET BEAUCOUP PLUS ● UTILISEZ DE L'ALCOOL ISOPROPYLIQUE À 70% OU 91% ● AJOUTEZ DES HUILES ESSENTIELLES PAR-DESSUS (PAS À L'INTÉRIEUR) ET CRÉEZ UNE AMBIANCE PAISIBLE ● AJOUTEZ DE L'HUILE DE CITRONNELLE POUR ÉVITER DES INSECTES INDÉSIRABLES, MÉLANGEZ AVEC DE L'ALCOOL À MOITIÉ.

### CHOISISSEZ PARMI LES 7 FORMES



- RECTANGULAIRE
- RONDE
- CRÂNE
- CARRÉE
- HEXAGONALE GRANDE
- HEXAGONALE PETITE
- HEXAGONALE TESLA

### ALLUMONS UN FEU QUI RÉCONFORTE NOS CŒURS RAVIVE NOS RÊVES ET ENFLAMME NOTRE PASSION



### CONSIGNES

La sécurité est prioritaire pendant l'utilisation du foyer.

Le combustible des foyers est extrêmement inflammable et dangereux si les consignes ne sont pas respectées. Lisez-les avant d'utiliser le foyer.

- Le foyer doit être utilisé exclusivement sur une surface horizontale et plate.
- Utilisez de l'alcool isopropylique à 70% ou 91% comme carburant. Ne remplissez jamais le réservoir au-dessus d'1 pouce du ras.
- La flame suit le combustible : tout carburant déversé doit être nettoyé avec une serviette en papier ou un torchon sec avant de rallumer.

### CONSIGNES

- Utilisez un briquet à longue poignée pour rallumer.
- Ne jamais remplir, bouger ou toucher le foyer en route ou s'il est toujours chaud.
- Couvrez pour éteindre, ne pas souffler dessus.
- Si vous déversez du combustible enflammé, étouffez le feu ou utilisez un extincteur.
- Le foyer ne doit jamais être manipulé par des mineurs.
- Ne laissez jamais le foyer sans surveillance.

### CONSIGNES

- Gardez les enfants et animaux de compagnie à une distance prudente et toujours sous surveillance.
- Éloignez les objets inflammables au moins à un mètre de distance du foyer.
- N'utilisez jamais le foyer pendant plus de 90 minutes sans laisser refroidir.
- Le combustible doit être conservé dans un endroit frais et sec à une distance minimale de 1.5 mètres du foyer.
- Toujours vérifiez que les bouteilles de carburant soient bien fermées et hors de la portée des enfants.

### CONSIGNES

- N'ouvrez jamais les bouteilles de combustible près des flames.
- Ne laissez jamais du carburant non brûlé dans le réservoir, videz-le toujours après utilisation.

Arrêtez toute utilisation si vous constatez des fissuressur le produit ou des flames à son extérieur, et contactez immédiatement pour un remplacement. Ni Gusar LLC, ni les revendeurs autorisés, ne seront pas tenus comme responsables de dommages liés à l'usage du foyer. Gusartrading@gmail.com



**Colsen** FIRE PIT

- www.colsenfirepits.com
- Retrouvez-nous sur Amazon
- Colsen FIRE PIT
- @ColsenFirePit

# Japanese



## SUPPORT

TERMS OF SERVICE

PRIVACY POLICY

RETURNS &
EXCHANGES

CONTACT US

VIDEO RECTANGULAR

FIRE PIT

VIDEO ROUND FIRE
PIT

Refund policy

Your Privacy Rights

## INFORMATION

ALCOHOL AS FUEL

HOW TO USE

INSTRUCTION CARD

WHOLESALE

BIO-ETHANOL SDS

## OUR PRODUCTS

CUSTOM MADE

FIRE PITS

ACCESSORIES

## Contact us!

✉ info@colsenfirepits.com

© Copyright 2023 Colsen Fire Pit
Powered by Shopify

United States (USD $)