# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-CV-21590-MFE

| | |
|---|---|
| **Kayla Hominski & Nicholas Hominski,** | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **Gusar, LLC, Colsen Firepit & Company and** | ) |
| **Wayfair, Inc.** | ) |
| **Defendant.** | ) |
| | ) |

### NOTICE OF FILING EXHIBITS TO PLAINTIFFS' OPPOSITION TO WAYFAIR'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTFFS' REQUEST FOR ADMISSIONS [D.E. 194]

COMES NOW, Plantiffs, KAYLA HOMINSKI and NICHOLAS HOMINISKI, by and through undersigned counsel, and file the attached exhibits to their Opposition to Wayfair's Motion to Extend Time to Respond to Plaintiffs' Request for Admissions [D.E. 194].

RESPECTFULLY SUBMITTED,
/s/ Virginia Wolf Gilliam, Esq.
_____
Virginia Wolf Gilliam, Esq.
Florida Bar ID: 451680
Email: vwgilliam@gmail.com
Law Offices of Gilliam & Gilliam LLC
17801 NW 2nd Ave. Ste. 211
Miami Gardens, FL 33169
Office: (305) 770-2733
Cell: (954) 292-6285
ATTORNEYS FOR PLAINTIFF,
KAYLA AND NICHOLAS HOMINSKI

/s/ Shawn P. Allyn, Esq,

_____
Shawn P. Allyn *(pro hac vice)*
Massachusetts Bar ID: 643237
Pennsylvania Bar ID: 84416

Allyn & Ball, P.C.
57 Suffolk Street
Suite 200
Holyoke, MA 01040
Tel: (413) 538-7118
Fax: (413) 538-6199
Email: sallyn@allynandball.com

/s/ Jeanne Liddy, Esq.
_____

Jeanne Liddy, Esq. *(pro hac vice)*
Massachusetts Bar ID: 646478
Law Office of Jeanne Liddy
57 Suffolk Street
Suite 200
Holyoke, MA 01040
Tel: (413) 781-7096
Email: Liddylaw2005@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Hearing is being served on November 11, 2025 on all counsel of record *via* CM/ECF.


/s/ Virginia Wolf Gilliam, Esq.
_____

Virginia Wolf Gilliam, Esq.