# EXHIBIT 3

# (OVENIGHT MAIL TO CLERK'S OFFICE)

LAW OFFICES

# ALLYN & BALL, P.C.

57 Suffolk Street, Suite 200
HOLYOKE, MASSACHUSETTS 01040

413 / 538-7118

FACSIMILE 413 /538-6199

Shawn P. Allyn*
Lisa A. Ball*

*ALSO ADMITTED IN PENNSYLVANIA

Sent via *Federal Express*: 8859 1783 5225

November 10, 2025

United States District Court for the Southern District of Florida
C. Clyde Atkins United States Courthouse
Clerk's Office
5th Floor
301 North Miami Avenue, Miami, Florida 33128

RE:   Kayla Homnski, et al. v. Wayfair LLC, et al. – ECF 165

Dear Sir or Madam Clerk:

Enclosed herewith please find Exhibit 3 to the Plaintiffs' Opposition to Wayfair's Motion to Extend Time to Respond to Plaintiffs' Request for Admissions with regards to the above subject matter.

Should you have any questions or concerns, please do not hesitate to contact this office. Thank you for your time and attention to this matter.

Respectfully,

Shawn P. Allyn

cc:   All counsel